ACCEPTED
03-14-00737-CV
4014872
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/4/2015 10:43:04 AM
JEFFREY D. KYLE
CLERK

No. 03-14-00737-CV

# In the Third Court of Appeals
# Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/4/2015 10:43:04 AM
JEFFREY D. KYLE
Clerk

———————————————

CHASE CARMEN HUNTER

*Appellant*,

v.

ELEANOR KITZMAN, JULIA RATHGEBER, AND THE TEXAS
DEPARTMENT OF INSURANCE

*Appellees*.

———————————————

On Appeal from the 250th Judicial District Court
Cause No. D-1-GN-13-001957
Travis County, Texas

———————————————

**APPELLEES' SUPPLEMENTAL CERTIFICATE OF SERVICE OF
APPELLEES' CONTEST TO
APPELLANT'S AFFIDAVIT OF INDIGENCE**

———————————————

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

I hereby certify that on the 4th day of February, 2015, a true and correct copy of

**Appellees' Contest to Appellant's Affidavit of Indigence** was sent by regular and

certified mail (<u>CMRRR # 7004 1160 0000 7309 1311</u>) via the U.S. Postal Service to the

following:

Chase Carmen Hunter
340 S. Lemon Ave., #9039
Walnut, CA   91789

Respectfully submitted,

KEN PAXTON
Attorney General

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ROBERT O'KEEFE
Division Chief,
Financial Litigation, Tax, and Charitable Trusts
Division


/s/ Cynthia A. Morales
Cynthia A. Morales
Assistant Attorney General
Texas Bar No. 14417420
Financial Litigation, Tax, and Charitable Trusts
Division P.O. Box 12548
Austin, Texas 78711-2548
(512) 475-4470 Phone
(512) 477-2348 Fax
cynthia.morales@texasattorneygeneral.gov

***Attorneys for Appellees, Eleanor Kitzman,
Julia Rathgeber, and the Texas Department of
Insurance***

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of February, 2015, a true and correct copy of the above foregoing document, **Supplemental Certificate of Appellees' Contest to Appellant's Affidavit of Indigence** was sent by regular and certified mail (#7004 1160 0000 7309 1311) via the U.S. Postal Service, as well as by email, to the following:

Chase Carmen Hunter
340 S. Lemon Ave., #9039
Walnut, CA   91789
chase_hunter@yahoo.com

*/s/ Cynthia A. Morales*
CYNTHIA A. MORALES

3



February 4, 2015

***Via E-Filing***
Jeffrey D. Kyle
Clerk of the 3rd Court of Appeals
Price Daniel Sr. Building
209 West 14th Street, Room 101
Austin, Texas 78701

   Re: No. 03-14-00737-CV; *Chase Carmen Hunter v. Eleanor Kitzman, Julia Rathgeber, and Texas Department of Insurance;* In the Third Court of Appeals

Dear Mr. Kyle:

   It was brought to my attention on January 2, 2015, that appellees' *Contest to Affidavit of Indigence* that was filed in the above case was served to the Appellant at a different address than she uses in this proceeding.  Appellant has requested that we re-serve her at the address that she is using for this proceeding, and we are doing so today via regular and certified mail.  As a courtesy, and as per her request, we are also today sending her a copy to her email address: chase_hunter@yahoo.com.

   Along with this letter, we are today also filing a *Supplemental Certificate of Service* with this Court indicating such additional service of the *Appellee's Contest to Appellant's Affidavit of Indigence*.

   Please feel free to contact me should you have any questions.  Thank you.

Sincerely,

*/s/ Cynthia A. Morales*
Cynthia A. Morales
Texas State Bar No. 14417420
Assistant Attorney General
Financial Litigation, Tax, and Charitable Trusts Division
P.O. Box 12548
Austin, Texas  78711-2548
(512) 475-4470 - Phone

(512) 477-2348 - Fax
cynthia.morales@texasattorneygeneral.gov

CAM/did
Enclosure

cc:  Chase Carmen Hunter                    *Via First Class Mail, Email, &*
     340 S. Lemon Ave., #9039              *CMRRR #7004 1160 0000 7309 1311*
     Walnut, CA  91789

     Judge Lora Livingston                         *Via First Class Mail*
     Travis County Local
     Administrative Judge

     William Vavra                                 *Via First Class Mail*
     Travis County District
     Clerk's Office